**Opinion filed November 17, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00299-CV

_____

## CHRISTOPHER MARTINEZ, Appellant

## V.

## ANDREA DE LA CRUZ, Appellee

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause No. B-114,187**

## M E M O R A N D U M   O P I N I O N

Upon receiving the docketing statement and a copy of the notice of appeal, it became apparent to this court that no final, appealable order had been entered by the trial court because appellant's counsel, Sydney S. Weaver, is attempting to appeal an order disqualifying her. Accordingly, the clerk of this court wrote appellant's counsel on October 20, 2011, informing her that it did not appear that this court had jurisdiction because of the absence of an appealable order. The clerk's letter directed appellant's counsel to respond in writing by November 4, 2011, and show grounds to continue this appeal. The clerk's letter also notified appellant's counsel

that the appeal may be dismissed pursuant to TEX. R. APP. P. 42. *See* Rule 42.3. Appellant's counsel responded to the clerk's letter by filing a mandamus, but she has not shown grounds to continue this appeal.

Appellate courts have jurisdiction over final judgments and only those interlocutory orders deemed appealable by the Texas Legislature. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *City of Houston v. Kilburn*, 849 S.W.2d 810, 811 (Tex. 1993); *see* TEX. CIV. PRAC. & REM. CODE ANN. §§ 15.003, 51.014(a), (d) (West Supp. 2011). A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record. *Lehmann*, 39 S.W.3d at 195. There is no final judgment on the merits in this cause, and the underlying action remains pending. Furthermore, there is no statutory exception that allows appellant's counsel to appeal the trial court's interlocutory order disqualifying counsel. *See Lehmann*, 39 S.W.3d at 195; *City of Houston*, 849 S.W.2d at 811.

Consequently, we dismiss this appeal for want of jurisdiction.


PER CURIAM


November 17, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.

2